UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA

VS.         1:18-cv-1486-TWP-DML          Case No: 1:15-cr-00159-TWP-MJD

JARED S. FOGLE

18 APR -4  PM 1:34

MOTION TO DISMISS DUE TO LACK OF ARTICLE III STANDING

**COMES** now, **Jared S. Fogle,** does hereby enter this motion, to **DISMISS** this case, due to the United States of America's failure to allege, and provide proof of standing;

THIS IS NOT A SECTION 2255 MOTION

This court in the past, misconstrued another motion (plea withdrawal) as a § 2255 "motion"; this was in error. **Fogle,** for the records is relying on the § 2255 statute to clarify to this court, this is the required motion, prior to a "§ 2255" appeal to the Sentencing court;

"(a) **A prisoner in custody under sentence of a court established by Act of Congress......may move the court which imposed the sentence to vacate, set aside, or correct the sentence.:**

**Fogle** is relying on this enumerated "right" to Motion to this court, the "Sentencing court", to VACATE his sentences, due to Article III, "injury-in-fact" wanting.

further:   "**A prisoner.......claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States......**"( see: § 2255(a)

**Jared S. Fogle,** is claiming that this "sentencing court" allowed his Article III Constitutional rights to be denied, when this court failed to require the United States of America, to allege and evidence "it's actual injury". In otherwords, this sentecing court, allowed a Plaintiff to appear, charge, and be given relief of which it was not proven in law under Article III, to be enttiled to. No injury to the United States of America has been alleged. Other party's are deemed to be the injured parties. This is not allowed by Article III Case or Controversy.

Doctrines of law.

--0--

## UNITED STATES LACKS STANDING

This party enters this motion, challenging the United States standing;

This court, pursuant to the Rules, is required to await a responsive pleading from the United States attorney.

The United States of America, initiated this suit illegally, and withou standing; Article III of the United States Constitution requires a "case or controversy", so to access the Powers inherent to the Judicial Branch. As defined in Blacks Law:  **"case or controversy requirement (1937)"**:

> "The constitutional requirement that, for a federal court to
> hear a case, the case must involve an actual dispute."(p 260, loth Ed)

The United States, failed to alelge any "actual controversy" as to the instant case; specifically, the United States of America failed to argue any "harm" inflicted onto it, by the Defendant's alleged Statutory Offense(s). Lacking in any alleged or actual "harm", the Plaintiff, in law, lacks standing.

> **"(1924) A party's right to make a legal claim or seek judicial enforcement of a duty or right. To have standing in federal court, a plaintiff must show (1) that the challenged conduct has cause the plaintiff actual injury, and (2) that the interest sought to be protected is within the zone of interests meant to be regulated by the statutory or constitutional guarantee in question. ---- Also termed standing to sue."** (Blacks Law, 10th Ed)

The United States failed on both of these required usses; this case lacks Plaintiff standing. Specifically; (1) The United States offered no alleged "injury-in-fact", therfor, the United States claimed "no harm". (2) the United States of America, neither mentioned, nor proved in evidence any "actual injury" to the United States of America. Instead, the Plaintiff actually alleged "injury" to "third parties" not named within the "adversary" context of this suit. In other-words, the United States usurped this courts Article III Powers, to an illegal and unconstitutional ends. Blacks Law defines "third party standing":

> **"Standing held by someone claiming to protect the rights of thers. For example, in most jurisdictions, only a parent has standing to bring a suit for custody or visitation; in some, however a third party -- for instance a grandparent or a person whom the child has substantial contacts -- may have standing to being an action for custody or visitation."**

The Supreme Court, in multiple holdings, addressed the "third-party" standing issue; citing of 198 LED2D 150 __US__ Sessions v. Morales-Santana:

> **"(a) Morales-Santana satisfies the requirements for third-party standing in seeking to vindicate his fathers rights to equal protection."**

Effectively, the Supreme Court shows, a Plaintiff must be related, in order to effect a "thirdparty" standing; further:

> **"It is a fundamental restriction on a federal court's authority that in the ordinary course, a litigant must assert his or her own legal rights and interests, and cannot rest a claim to relief in the legal rights of interests of third parties."** (see: 186 LED2D 768 __US__ Hollingsworth vs. Perry)

The United States of America, in the charges against this party, made no "personal claim of injury". Therfore, they lack in standing.

> **"Injured parties usually will be the best proponent of their own rights. Thus when the holders of these rights do not wish to assert them, third parties are not normally entitled to step into the holder's shoes."** (see: 163 LED2D 1069, 546 US 470; Domino's Pizza v. McDonald)

The United States of America, is NOT a holder to any protected, legal interest(s) which "may have been harmed" due to an "alleged violation of law(s)". This infference is nothing more then a "hypothectical" or "conjectural" argument, even if made.

The United States of America, fails to even attempt, to make any such argument.

A perfect example of "actual injury-in-fact", see 197 LED2D 678 __US__ Bank of Am. Corp. vs. City of Miami; (government agency?)

> **"The question is whether the statute grants the plaintiff the cause of action that he asserts.** In answering that question, we presume that **a statute ordinarily provides a cause of action "only to a plaintiff whose interests fall within the zone of interests protected by the law invoked."** Id. at ___ 134, S.C6 1377, 188 L.Ed 2d 392 (internal quotation marks ommitted).

further, the Court found:

> "Here we conclude that the **City's claims of financial injury** in their amended complaint -- specifically, **lost tax revenue and extra municipal expenses** -- satisfy the "cause of action" (or "pridential standing") requirement."

Once again, we see, clearly, City of Miami, held proof of, and gave allegations of "harm"; actual, and "concrete"; standing under Article III of the United States Constitution, was accessed; so said the court:

> "To use the language of Data Processing **the City's claims of financial injury suffered as a result of the statutory violations**, are at least "arguably within the zone of interest" that the FHA protects." 397 U.S. at 153, 90 S.Ct, 827, 25 Led2d 184 (emphasis added)

"To use the language of Data Processing the **City's claims of financial injury suffered as a result of the statutory violations**, are at least "arguably within the **zone of interest**" that the FHA protects." 397 U.S. at 153, 90 S. Ct, 827, 25 L Ed 2d 184 (emphasis added).

In short, and in otherwords, the City of Miami, succeeded in satisfying its requirements of proving "actual injury" to a protected interest." Simply, "injury-in-fact"; as required under Article III's case or controversy doctrine.

In contrast, the MOVANT'S case allowed the United States of America, to unlawfully Obtain, Multiple forms of relief, for alleged conducts, of which they    no direct, actual, concrete "injury" to the United States. In fact, adding insult to injury, the United States claimed relief for "third parties."

RELIEF REQESTED AND WARRANTED

Fogle, does hereby further rely on Congress's intent under § 2255 which states:

**"(b) unless the Motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court**[sentencing] **shall cause notice therefor to be served upon the United States Attorney**[DeBrota], **grant a prompt hearing thereon, determine the issues** [lack of Article III Standing] **and make findings of fact**[actual, no hypothetical]**and conclusions of law with respect thereto."**

**Jared S. Fogle,** hereby request this "setencing court" , to follow our Congress's clear intention, as cited above; this court, made clear from the records of its intention to "hold **Fogle** accountable", and now it is **Fogle's** turn to hold this court, Accountable for applying the law(s) of the United States of America.

1) Notify Steve DeBrota of the United States Attorney's office, that he has a "standing" challenge on the records;

2) GRANT a prompt hearing on the issues (lack of standing under Article III)

3) VACATE **Fogle's** sentences due to the United States failure to allege and proove "injury-in-fact", as required and protected, under Article III, sec. 2.

Submitted this 28th day of March 2018

*[signature]*

Jared S Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123

⇨12919-028⇨
Jared Fogle
Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
United States

DENVER CO 802

30 MAR 2018 PM 9 L



**RECEIVED**

APR 04 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO., 80123**

DATE/INITIALS 03/26/18

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS

Clerk of the U.S. District Court
46 East Ohio St.
Indianapolis, Indiana 46204

— LEGAL —

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
April 24, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

UNITED STATES OF AMERICA

VS.                                                        Case No: 1:15-cr-00159-TWP-MJD

JARED S. FOGLE


MOTION TO DISMISS DUE TO LACK OF ARTICLE III STANDING

**COMES** now, **Jared S. Fogle,** does hereby enter this motion, to **DISMISS** this case, due to the United States of America's failure to allege, and provide proof of standing;

THIS IS NOT A SECTION 2255 MOTION

This court in the past, misconstrued another motion (plea withdrawal) as a § 2255 "motion"; this was in error. **Fogle,** for the records is relying on the § 2255 statute to clarify to this court, this is the required motion, prior to a "§ 2255" appeal to the Sentencing court;

"(a) A prisoner in custody under sentence of a court established by Act of Congress......may move the court which imposed the sentence to vacate, set aside, or correct the sentence.:

**Fogle** is relying on this enumerated "right" to Motion to this court, the "Sentencing court", to VACATE his sentences, due to Article III, "injury-in-fact" wanting.

further:    "A prisoner.......claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States......"( see: § 2255(a)

**Jared S. Fogle,** is claiming that this "sentencing court" allowed his Article III Constitutional rights to be denied, when this court failed to require the United States of America, to allege and evidence "it's actual injury". In otherwords, this sentecing court, allowed a Plaintiff to appear, charge, and be given relief of which it was not proven in law under Article III, to be enttiled to. No injury to the United States of America has been alleged. Other party's are deemed to be the injured parties. This is not allowed by Article III Case or Controversy. Doctrines of law.

--0--

"To use the language of Data Processing the **City's claims of financial injury suffered as a result of the statutory violations**, are at least "arguably within the **zone of interest**" that the FHA protects." 397 U.S. at 153, 90 S. Ct, 827, 25 L Ed 2d 184 (emphasis added).

In short, and in otherwords, the City of Miami, succeeded in satisfying its requirements of proving "actual injury" to a protected interest." Simply, "injury-in-fact"; as required under Article III's case or controversy doctrine.

In contrast, the MOVANT'S case allowed the United States of America, to unlawfully Obtain, Multiple forms of relief, for alleged conducts, of which they    no direct, actual, concrete "injury" to the United States. In fact, adding insult to injury, the United States claimed relief for "third parties."

RELIEF REQESTED AND WARRANTED

**Fogle**, does hereby further rely on Congress's intent under § 2255 which states:

**"(b) unless the Motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court**[sentencing] **shall cause notice therefor to be served upon the United States Attorney**[DeBrota]**, grant a prompt hearing thereon, determine the issues** [lack of Article III Standing] **and make findings of fact**[actual, no hypothetical]**and conclusions of law with respect thereto."**

**Jared S. Fogle,** hereby request this "setencing court" , to follow our Congress's clear intention, as cited above; this court, made clear from the records of its intention to "hold **Fogle** accountable", and now it is **Fogle's** turn to hold this court, Accountable for applying the law(s) of the United States of America.

1) Notify Steve DeBrota of the United States Attorney's office, that he has a "standing" challenge on the records;

2) GRANT a prompt hearing on the issues (lack of standing under Article III)

3) VACATE **Fogle's** sentences due to the United States failure to allege and proove "injury-in-fact", as required and protected, under Article III, sec. 2.

Submitted this 28th day of March 2018

*/s/ Jared S Fogle*

Jared S Fogle
**Pro Se**
9595 West Quincy Ave.
Littleton, CO 80123

⇨12919-028⇦

Jared Fogle
Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
United States

DENVER CO 802

20 APR 2018 PM 8 L

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO, 80123

DATE/INITIALS 4/18/18

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
APR 24 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT OF INDIANA
BIRCH BAYH COURTHOUSE
46 E OHIO ST ROOM 105
INDIANAPOLIS, IN 46204

LEGAL MAIL