UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JARED S. FOGLE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:18-cv-01486-TWP-DML |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**Entry Granting Motion to Withdraw**

The petitioner's motion to withdraw his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, dkt. [6], is **granted**. The matter is dismissed without prejudice pursuant to *Federal Rules of Civil Procedure* Rule 41(a)(1)(A)(i).

The petitioner's motion for extension of time, dkt. [5], is **denied** as duplicative and unnecessary.

**The clerk is instructed** to close this action on the docket.

**IT IS SO ORDERED**.

Date: 6/20/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
relberger@boselaw.com