UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JARED S. FOGLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01486-TWP-DML |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT and this action is dismissed without prejudice.

Date:  6/20/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By:

Deputy Clerk

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
relberger@boselaw.com